UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD JUBENVILLE,

      Plaintiff,                     Case No. 24-cv-10957
                                     Honorable Brandy R. McMillion

v.

CHRISTOPHER SWANSON, ET. AL.,

      Defendants.
_____/

## OPINION AND ORDER
## DISMISSING CASE WITHOUT PREJUDICE

Plaintiff Todd Jubenville, a detainee in the Genesee County Jail, filed a *pro se* civil rights complaint, but failed to pay the filing fee or, alternatively, to apply in the manner required by law to proceed without prepayment of the filing fee. The Court issued an order requiring Plaintiff to submit the filing fee or to file the necessary papers to proceed *in forma pauperis*. ECF No. 5. The Court cautioned Plaintiff that failure to correct the deficiency within 30 days would result in dismissal of the case without prejudice.[1] Plaintiff has failed to correct the deficiency in the time provided.

---

[1] The original Order was sent to Plaintiff at Genesee County Jail (the address provided to the Court upon the filing of this lawsuit); however it was returned undeliverable with a notation that Plaintiff had been released. ECF No. 6. On July 25, 2024, the Court resent the Order (ECF No. 5) and the Court's Notice Regarding Parties' Responsibility to Notify Court of Address Changes (ECF No. 3) to Plaintiff at the address he provided the Court in Case No. 24-cv-10371. The Court allowed Plaintiff an additional 30 days to correct the deficiency.

Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: August 29, 2024  
       Detroit, Michigan

<u>s/Brandy R. McMillion</u>  
BRANDY R. MCMILLION  
United States District Judge